_____

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | |
|---|---|
| HOMER ENGLE, | Case No. 2:07 cv 328 DAK |
| Plaintiff, | |
| vs. | **REPORT AND RECOMMENDATION** |
| UTAH COUNTY GOVERNMENT, GORDON BUCKLEY ROSE, ROGER MOORE, KAY BRYSON, UTAH COUNTY GOVERNMENT, et al., | Judge Dale A. Kimball |
| | Magistrate Judge Brooke C. Wells |
| Defendants. | |

On May 18, 2007, Plaintiff Homer Engle who is acting *Pro Se*, filed a civil rights complaint alleging violations of certain Constitutional rights.[1]  Shortly thereafter on June 14, 2007, Defendants filed a motion to dismiss pursuant to Rule 12(b)(6) or in the alternative, a motion for more definite statement pursuant to Rule 12(e).[2]  Because Engle failed to oppose the motions brought by Defendants this court entered an Order to Show Cause on July 27, 2007, directing Engle to "show good cause why Defendants' motion(s) should not be granted forthwith."[3]  Engle has failed to respond to the court's Order to Show Cause.  Therefore, the

---

[1] *See* Compl. p. 2-6.
[2] Docket no. 4.
[3] Order to show cause p. 2.

court recommends that this case be DISMISSED for failure to prosecute, or in the alternative, Defendants' motion to dismiss be granted.

As noted previously, local rule 7-1(b)(3) governs the time frame for opposing motions and it provides an exception that extends the time frame for opposing motions to dismiss. "A memorandum opposing a motion [to dismiss] must be filed within thirty (30) days after service of the motion or within such time as allowed by the court."[4] July 16, 2007, was the deadline for Engle to oppose Defendants' motion to dismiss. In the Order to Show Cause the court gave Engle until August 17, 2007 to file an appropriate response with the court.[5] The court also specifically warned Engle that "failure to respond will likely result in the dismissal of this case." Pursuant to that warning, and on account of Engle's failure to prosecute this case and failure to oppose Defendants' motion to dismiss, the court RECOMMENDS that this case be DISMISSED.

---

[4] DUCivR 56-1(b); *see also* DUCivR 7-1(b)(4) (providing an exception for memoranda opposing motions to dismiss).
[5] *See* order to show cause p. 2.

Copies of the foregoing report and recommendation are being sent to all parties who are hereby notified of their right to object. Parties must file any objection to the Report and Recommendation within ten (10) days after receiving it. Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 21st day of August, 2007.

Brooke C. Wells
United States Magistrate Judge