IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| HOMER ENGLE,<br><br>　　　　　Plaintiff,<br>vs.<br><br>UTAH COUNTY GOVERNMENT, GORDON BUCKLEY ROSE, ROGER MOORE, KAY BRYSON et al.,<br><br>　　　　　Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No.  2:07CV328 DAK |

　　　　On August 22, 2007, the Magistrate Judge issued a Report and Recommendation in this action, recommending that this case be dismissed for failure to prosecute, or, in the alternative, that it be dismissed based on the Defendants' Motion to Dismiss.

　　　　Plaintiff has not objected to the Report and Recommendation, and the time for doing so has elapsed.  Having reviewed the case file in its entirety, the court hereby APPROVES and ADOPTS the Magistrate Judge's Report and Recommendation.  Accordingly, this action is hereby DISMISSED based on Defendants' Motion to Dismiss and also for failure to prosecute.

　　　　DATED this 11th day of September, 2007.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DALE A. KIMBALL
　　　　　　　　　　　　　　　　　　United States District Judge